IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARTA LYALL,<br><br>        Plaintiff,<br><br>vs.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>        Defendant. | CV 22–123–M–DLC<br><br><br>ORDER |

      Defendant Carnegie Mellon University moves for the admission of Oscar L. Heanue to practice before this Court in this case, with Jeffrey M. Roth of Crowley Fleck PLLP to act as local counsel. (Doc. 23.) Mr. Heanue's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

      Accordingly, IT IS ORDERED that the motion (Doc. 23) is GRANTED on the condition that Mr. Heanue does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. If he has not already done so, Mr. Heanue shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Heanue files a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order.

DATED this 31st day of March, 2023.

_____
Dana L. Christensen, District Judge
United States District Court