UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARTA LYALL,<br><br>                Plaintiff,<br><br>vs.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>                Defendant. | Case No. CV-22-123-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, in accordance with the order dated January 10, 2024 (Doc. 35), the above captioned matter is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

      Dated this 10th day of January, 2024.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Sarah Nagy
                              Sarah Nagy, Deputy Clerk